Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.:  19−24772−CMG
                              Chapter:  13
                              Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dorinda S. Boyd
   aka Dorinda S. Boyd−Hardy
   8 Woods Edge Court
   Parlin, NJ 08859

Social Security No.:
   xxx−xx−6962

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/4/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 7, 2019
JAN: dmi

                                                                       Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-24772-CMG
Dorinda S. Boyd                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1            Date Rcvd: Oct 07, 2019
                            Form ID: 148             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2019.
```
db              +Dorinda S. Boyd,    8 Woods Edge Court,    Parlin, NJ 08859-3118
518379800       +Spec Loan Sv,    8742 Lucent Blvd,    Highlands Ranch, CO 80129-2302
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 08 2019 00:14:53      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 08 2019 00:14:52      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518430904        EDI: BECKLEE.COM Oct 08 2019 03:28:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
518379796       +EDI: AMEREXPR.COM Oct 08 2019 03:28:00      Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
518379797       +EDI: CAPITALONE.COM Oct 08 2019 03:28:00      Cap1/neimn,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
518379798       +EDI: CAPITALONE.COM Oct 08 2019 03:28:00      Capital One,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
518452602       +EDI: AIS.COM Oct 08 2019 03:28:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518379799       +EDI: WFNNB.COM Oct 08 2019 03:28:00      Comenitybank/jcrew,    Po Box 182789,
                 Columbus, OH 43218-2789
518492939        EDI: PRA.COM Oct 08 2019 03:28:00      Portfolio Recovery Associates, LLC,    c/o Neiman Marcus,
                 POB 41067,    Norfolk VA 23541
518488863        EDI: Q3G.COM Oct 08 2019 03:28:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
518379801       +EDI: RMSC.COM Oct 08 2019 03:28:00      Syncb/care Credit,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
518382697       +EDI: RMSC.COM Oct 08 2019 03:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 12

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2019 at the address(es) listed below:
```
              Adrian Johnson     on behalf of Debtor Dorinda S. Boyd evanf@diazlawnow.com
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Christiana Trust, a division of Wilmington Savings
               Fund Society, FSB, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Christiana Trust, a division of Wilmington
               Savings Fund Society, FSB, Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```